926 A.2d 852

DAVID TURNER, PETITIONER–PETITIONER, v. NEW
JERSEY DEPARTMENT OF CORRECTIONS,
RESPONDENT–RESPONDENT.

June 21, 2007.

ORDERED that the petition for certification is granted, the
judgment of the Appellate Division is summarily reversed, and the

matter is remanded to the Department of Corrections for reconsideration in light of further administrative proceedings at which the issue of what inmate witnesses saw and heard at the time of the incident is to be determined.

Jurisdiction is not retained.